LEDONNE V. SOCIAL SECURITY ADMINISTRATION, 08 CV 1525 (PCD)

4/28/10 – ELECTRONIC ENDORSEMENT DENYING SECOND MOTION FOR ATTORNEY'S FEES (Dkt. #44) – On 2/24/10, plaintiff filed his Motion for Attorney's Fees (Dkt. #40); defendant filed his brief in partial opposition on 3/11/10 (Dkt. #41). Under Local Rule 7(d), plaintiff's reply brief was due on 3/25/10. With no timely reply brief having been filed, on 4/6/10, this Magistrate Judge filed her Ruling (Dkt. #43), granting plaintiff's motion in large part.

The next day, plaintiff filed his reply brief (Dkt. #45), along with this pending Second Motion for Attorney's Fees (Dkt. #44), with respect to time incurred for the reply brief. Two days later, defendant filed his brief in opposition. (Dkt. #46). Again, no timely reply brief was filed.

Largely for the reasons stated in defendant's brief in opposition (Dkt. 46), plaintiff's Second Motion for Attorney's Fees (Dkt. #44) is <u>denied</u>.